**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JEISEMBER ALEXANDER ALDANA ALDANA,<br><br>Plaintiff,<br><br>vs.<br><br>WARDEN, MOSHANNON VALLEY ICE PROCESSING CENTER; FIELD OFFICE DIRECTOR,<br><br>Respondent, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 3:26-CV-01751-MJH |

**ORDER**

Respondents have filed a Response to the Petition stating that Petitioner had a bond hearing scheduled for September 9, 2026, but his attorney withdrew the request for hearing to allow time for preparation. ECF No. 4. The request was granted, and a bond hearing was held on October 1, 2026. *See* Order of Immigration Judge, Oct. 1, 2026, ECF No. 6-2. Petitioner filed a Reply, a Motion for Custody Redetermination, and numerous exhibits in support of his request for another bond hearing. ECF Nos. 5-7. This Court lacks jurisdiction to provide Petitioner with his requested relief, as the matters he raises fall under the discretionary aspects of the IJ. Petitioner's request for relief would be required to be presented to the Board of Immigration Appeals. Petitioner's request for a Writ of Habeas Corpus (ECF No. 1) must be dismissed as moot because the Court no longer can grant the relief requested within the Petition. Accordingly, IT IS HEREBY ORDERED that the Petition is dismissed, without prejudice, as moot. The Clerk of Court is directed to mark this case as closed.

BY THE COURT:

DATED: _October 13, 2026

Marilyn J. Horan
United States District Judge

JEISEMBER ALEXANDER ALDANA ALDANA
A245239797
MOSHANNON VALLEY PROCESSING CENTER
LEGAL MAIL - Open in Presence of Detainee
555 GEO DRIVE
PHILIPSBURG, PA 16866